CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JARED S. BUSZ (NYBN 5285838)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERLIN SOLIS,<br>Defendant. | **CASE NO. 24-CR-264-JD**<br>**[~~PROPOSED~~] DETENTION ORDER** |

On May 7, 2024, defendant Erlin Solis was charged by Indictment with four counts of possession with intent to distribute and distribution of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

This matter came before the Court on July 24, 2026, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender Samantha Jaffe. Assistant United States Attorney Jared Buszin appeared for the government. The government moved for detention, and the defendant opposed. Previously, on July 22, 2026, the government filed a memorandum in support of its motion for detention. Dkt. 9. At the July 24, 2026 detention hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant has a history of non-appearance for court proceedings and tampering with electronic monitors while placed on location monitoring; the defendant was a fugitive for approximately one year in connection with a local criminal case and failed to self-surrender after a bench warrant issued; the defendant has multiple aliases and lacks a history of stable employment in this district; and the defendant has family ties outside this district, including in Honduras. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 7/27/2026

HONORABLE PETER H. KANG
United States Magistrate Judge