CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jared.Buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERLIN SOLIS,<br><br>Defendant. | NO. 24-CR-264-JD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM SEPTEMBER 21, 2026, TO NOVEMBER 23, 2026, AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Erlin Solis, that time be excluded under the Speedy Trial Act from September 21, 2026, through November 23, 2026.

On September 14, 2026, the Court appointed new counsel for the defendant. Accordingly, because the defendant's new counsel will need time to receive and review discovery and otherwise prepare, the government and the defendant agree that the status conference scheduled for September 21, 2026 should be continued until November 23, 2026, with time excluded under the Speedy Trial Act until then. For this reason, the parties stipulate and agree that excluding time until November 23, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 21, 2026,

through November 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 15, 2026

/s/
JARED S. BUSZIN
Assistant United States Attorney

DATED: September 15, 2026

/s/
JORDAN DICKSON
Counsel for Defendant Erlin Solis

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from September 21, 2026, through November 23, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 21, 2026, to November 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from September 21, 2026, through November 23, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties shall appear for a status conference on November 23, 2026.

IT IS SO ORDERED.

DATED: 9/18/2026

HON. JAMES DONATO
United States District Judge